■ COMMISSIONERS OF THE STATE INSURANCE FUND, Appellants, v. TRAUBE MOTOR EXPRESS, INC., et al., Respondents.— Judgment unanimously reversed on the law and a new trial granted, with costs to the appellants to abide the event. Memorandum: Plaintiffs' proof made out a prima facie case and it was error, therefore, to dismiss the complaint at the close of plaintiffs' case. (Appeal

from judgment of Oswego Trial Term dismissing the complaint on the merits at the close of plaintiffs' case, in an automobile negligence action.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.